**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**

**DATE:** August 7, 2009
**START:** 10:00 A.M.
**END:** 10:20 Am

**DOCKET NO:** 08-CV-5023 (CBA)

**CASE:** Nycomed U.S. Inc. v. Glenmark Generics Ltd., et al.

___ INITIAL CONFERENCE
✓ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
✓ TELEPHONE CONFERENCE recorded

**FOR PLAINTIFF:** Albert Chen
Beau Mehra

**FOR DEFENDANT:** Brian Moriarty

___ DISCOVERY TO BE COMPLETED BY ___

___ NEXT ___ CONFERENCE SCHEDULED FOR ___

___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY ___

PL. TO SERVE DEF. BY: ___ DEF. TO SERVE PL. BY: ___

**RULINGS:** **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court admonishes the parties for unnecessary motions practice and for overdesignation of confidential information.

The Court denies Nycomed's motion for the costs associated with conducting depositions in India. The Court rules, consistent with Fed. R. Civ. P. 30(b)(3)(A), that the depositions in India may be recorded by a videographer and without a court reporter (with a transcript to be made from the recording). Consistent with Rule 30(d)(1), each deposition is limited to 7 hours.