# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NYCOMED US INC., | Civ. Action No. 08-5023 (CBA, RLM) |
| Plaintiff, | **AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| GLENMARK GENERICS LTD., and GLENMARK GENERICS INC., USA | **[MAY CONTAIN CONFIDENTIAL ATTORNEYS' EYES ONLY INFORMATION]** |
| Defendants. | |

Plaintiff Nycomed US Inc. ("Nycomed" or "Plaintiff"), by its attorneys Kramer Levin

Naftalis & Frankel LLP, for its Complaint against Glenmark Generics Ltd. and Glenmark

Generics Inc., USA (collectively "Glenmark") for patent infringement upon information and

belief alleges as follows:

## Nature Of The Action

1.      This is an action for patent infringement arising under the food and drug and

patent laws of the United States, Titles 21 and 35, respectively.  This action relates to the

Abbreviated New Drug Application No. 90-759 ("Glenmark's ANDA" or "ANDA") filed by

Glenmark with the United States Food and Drug Administration ("FDA") for approval to market

a generic copy of Nycomed's Cutivate® Fluticasone Lotion 0.05% drug product.

## The Parties, Jurisdiction And Venue

2.      Nycomed is a company organized and existing under the laws of the State of New

York with its principal place of business at 60 Baylis Road, Melville, NY 11747-0103.

3.      Nycomed is the owner of U.S. Patent No. 7,300,669 ("'669 Patent").

4.     The '669 Patent, entitled "Fluticasone Lotion Having Improved Vasoconstrictor Activity," was duly and legally issued on November 27, 2007 to inventors Gordon Dow et al., by the United States Patent and Trademark Office.  A copy of the '669 Patent is attached hereto as **Exhibit A**.  The claims of the '669 Patent are directed to, *inter alia*, topical lotions containing fluticasone.

5.     Nycomed is the owner of New Drug Application ("NDA") No. 21-152, which the FDA approved pursuant to section 505(b) of the Federal Food, Drug, and Cosmetics Act ("FFDCA"), 21 U.S.C. § 355(b).  This NDA is directed to a pharmaceutical product that is sold on the market, known as the Cutivate® Fluticasone Lotion 0.05% product.

6.     Nycomed is also the owner, marketer and seller of the Cutivate® Fluticasone Lotion 0.05% product.

7.     Nycomed's '669 Patent claims cover Nycomed's Cutivate® Fluticasone Lotion 0.05% product.

8.     The FDA lists the '669 Patent with Nycomed's Cutivate® Fluticasone Lotion 0.05% product in its *Approved Drug Products with Therapeutic Equivalence Evaluations* publication, commonly known as the "Orange Book."  *See* 21 U.S.C. §§ 355(b)(1).  The FDA also maintains an electronic version of the Orange Book at www.fda.gov/cder/ob/.

9.     On information and belief, Defendant Glenmark Generics Ltd. is an Indian public Limited Liability Company organized and existing under the laws of India, having a place of business at HDO-Corporate Bldg, Wing A, BDS Marg, Chakala, Off Western Express Highway, Andheri (E), Mumbai 400099, India.

10.     On information and belief, Defendant Glenmark Generics Inc., USA is a corporation organized and existing under the laws of the State of New Jersey, having a place of business at 750 Corporate Drive, Mahwah, New Jersey 07430.

11.     Glenmark Pharmaceuticals Ltd. states on its website at www.glenmarkpharma.com/about/index.html that "Glenmark Generics Limited (GGL), [sic.] is a subsidiary of Glenmark Pharmaceuticals Limited (GPL) that aims to be a global integrated generic and API leader.  GGL has an established presence in North America, EU and Argentina and maintains marketing front-ends in these countries."

12.     On information and belief, Glenmark Generics Ltd. is a wholly owned subsidiary, agent and/or alter ego of Glenmark Pharmaceuticals, Ltd.

13.     Glenmark Generics Inc., USA states on its website at www.glenmark-generics.com that "Glenmark Generics Inc. (GGI), USA is the North American division of Glenmark Generics Ltd. (GGL) dedicated to the manufacture, marketing and distribution of generic pharmaceutical products."

14.     On information and belief, Glenmark Generics Inc., USA is a wholly owned subsidiary, agent and/or alter ego of Glenmark Generics Ltd.

15.     Glenmark Generics Inc., USA states on its website at http://us.glenmark-generics.com that "GGI (formerly Glenmark Pharmaceuticals Inc., USA) established operations in 2003 and was a subsidiary of Glenmark Pharmaceuticals Limited."

16.     On information and belief, Glenmark Generics Inc., USA is formerly known as Glenmark Pharmaceuticals Inc., USA.

17.     On information and belief, Glenmark Generics Ltd. and Glenmark Generics Inc., USA are in the business of developing and manufacturing generic drug products for use and sale in the United States including in the State of New York and in this judicial district.

18.     On information and belief, Glenmark Generics Ltd. and Glenmark Generics Inc., USA conduct business in the State of New York and sell various drug products in the United States including in the State of New York and in this judicial district.

19.     On information and belief, Glenmark Generics Ltd. and Glenmark Generics Inc., USA have maintained continuous and systematic contacts with the State of New York and in this judicial district.

20.     On information and belief, this Court has personal jurisdiction over Glenmark Generics Ltd. and Glenmark Generics Inc., USA.

21.     Glenmark has filed Abbreviated New Drug Application ("ANDA") No. 90-759 with the purpose of obtaining the FDA's approval to market a proposed product that is a generic copy of Nycomed's Cutivate® Fluticasone Lotion 0.05% product before the expiration of Nycomed's '669 Patent.  This ANDA creates a justiciable controversy between Nycomed and Glenmark with respect to the subject matter of Glenmark's ANDA, Glenmark's proposed product and the '669 Patent.

22.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), 35 U.S.C. § 271, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201-02.

23.     Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b).

**ANDA Notice Letters**

24.     The Federal Food, Drug, and Cosmetic Act ("FFDCA") requires that before a drug manufacturer can market a new drug, it must submit an NDA to the FDA for approval.  21 U.S.C. § 355(a),(b).  In addition to extensive testing and safety information concerning the drug, the manufacturer must also submit the patent number and expiration date of any patent that claims the drug or a method of using the drug with respect to which a claim of patent infringement could reasonably be asserted.  21 U.S.C. § 355(b)(1)(G).

25.     Once the NDA is approved, the FDA lists this patent information with the approved drug in its "Orange Book."

26.     In 1984 Congress adopted the Drug Price Competition and Patent Term Restoration Act, commonly known as the "Hatch-Waxman Act."  This statute amended the FFDCA to provide for an ANDA, allowing manufacturers to obtain FDA approval for generic versions of previously approved drugs without having to repeat the extensive testing required for a new drug application, as long as certain requirements were met.  *See* 21 U.S.C. § 355(j).

27.     When submitting an ANDA to the FDA, the generic manufacturer must make one of the following four certifications with respect to each of the patents listed in the Orange Book for the drug for which the applicant seeks approval:  (1) that no patent information has been filed (a "Paragraph I" certification), (2) that the patent has expired (a "Paragraph II" certification), (3) that the patent will expire on a specific date (a "Paragraph III" certification), or (4) that the patent "is invalid or will not be infringed by the manufacture, use, or sale of the new drug for which the application is submitted" (a "Paragraph IV" certification).  21 U.S.C. § 355(j)(2)(A)(vii)(I)-(IV).

28.     If a generic drug applicant makes a Paragraph IV certification in its ANDA, the Hatch-Waxman Act requires that the applicant give notice to the patent owner ("Notice Letter").

In addition, in that Notice Letter, the ANDA applicant is required to provide the patent owner with a "detailed statement of the factual and legal basis of the opinion of the applicant that the patent is invalid or will not be infringed."  21 U.S.C. § 355(j)(2)(B)(iv)(II).

29.     The intended purpose of a Notice Letter is to inform a patentee of the basis for a Paragraph IV certification so that a patentee may determine, as permitted under the patent act, whether to commence an action for infringement of an Orange Brook listed patent or to understand that such an action would not be justified under the patent act.

**Glenmark's Notice Letter Stated That Its Proposed Product Contains Mineral Oil And Asserted That Because Of The Mineral Oil It Does Not Infringe Nycomed's '669 Patent**

30.     Glenmark sent Nycomed a Notice Letter stating, among other things, that Glenmark Generics Inc., USA, as an authorized U.S. agent of Glenmark Generics Ltd., had submitted ANDA No. 90-759 to the FDA pursuant to 21 U.S.C. § 355 (j) seeking approval of Glenmark's proposed drug product Fluticasone Lotion 0.05% as a copy of Nycomed's Cutivate® Fluticasone Lotion 0.05% product.

31.     Glenmark's Notice Letter demonstrates that Glenmark seeks approval to market a copy of Nycomed's Cutivate® Fluticasone Lotion 0.05% product prior to the expiration date of the '669 Patent.

32.     Glenmark's Notice Letter states that Glenmark's ANDA contains a Paragraph IV certification with respect to the '669 Patent and generally asserts that the '669 Patent is "invalid, or unenforceable, or will not be infringed."

33.     Glenmark's Notice Letter did not substantively contend that the '669 Patent was invalid or unenforceable.

34.     Glenmark's Notice Letter substantively contended only that Nycomed's '669 Patent was not infringed by its copy of Nycomed's Cutivate® Fluticasone Lotion 0.05% product.

6

35.     Glenmark's Notice Letter represented that the composition of Glenmark's

proposed Fluticasone Lotion 0.05% product was as follows:

II.     **The GPL Formulation**

The GPL Formulation is a lotion having the following composition:

| Component | wt% |
|---|---|
| 1.  Fluticasone Propionate(micronized) | 0.05 |
| 2.  Cetostearyl alcohol | 3.00 |
| 3.  Propylene Glycol | 10.00 |
| 4.  Cetomacrogol 1000 BP | 1.00 |
| 5.  Mineral Oil | 12.00 |
| 6.  Sorbitan monostearate | 0.40 |
| 7.  Isopropyl myristate | 1.00 |
| 8.  Dimethicone 360 | 1.00 |
| 9.  Citric Acid anhydrous | 0.046 |
| 10. Sodium citrate anhydrous | 0.075 |
| 11. Methylparaben | 0.17 |
| 12. Propylparaben | 0.06 |
| 13. Imidurea | 0.14 |
| 14. Purified water | quantity sufficient (71.059) |

36.     Glenmark's Notice Letter represented that Glenmark's Fluticasone Lotion 0.05%

product contains "Mineral Oil" (see excipient No. 5 above).

37.     Glenmark's Notice Letter alleged that its proposed product did not infringe the

'669 Patent because it contains Mineral Oil:

C.     Comparison of the Proposed Formulation to the claims and Conclusion of no Literal Infringement

The GPL Formulation has 12% mineral oil present.  Thus, the GPL formulation cannot meet the limitation of "free of mineral oil", and as such, there can be no literal infringement of either of the independent claims.  Since the remaining claims are all dependent upon claim 1, they each include the "free of mineral oil" limitation, and thus also cannot be literally infringed.

D.     Doctrine of Equivalents and File History Estoppel

There is also no infringement liability under the doctrine of equivalents for the GPL Formulation.  The claims require that the formulation be **free of mineral oil** (emphasis added).  The GPL formulation has 12% mineral oil.

██████████████████████████████

38.     "The United States Pharmacopeia (USP) is an official public standards–setting authority for all prescription and over–the–counter medicines and other health care products manufactured or sold in the United States.  USP also sets widely recognized standards for food ingredients and dietary supplements.  USP sets standards for the quality, purity, strength, and consistency of these products critical to the public health.  USP's standards are recognized and used in more than 130 countries around the globe.  These standards have helped to ensure public health throughout the world for close to 200 years."  www.usp.org/aboutUSP/.

39.     "The United States Pharmacopeia–National Formulary (USP–NF) is a book of public pharmacopeial standards.  It contains standards for medicines, dosage forms, drug substances, excipients, medical devices, and dietary supplements.  The USP–NF is a three volume combination of two official compendia, the USP and the National Formulary (NF).  Monographs for drug substances and preparations [and excipients that can also be used as drug substances] are featured in the USP.  Monographs for dietary supplements and ingredients appear in a separate section of the USP.  Excipient monographs are in the NF."  www.usp.org/USPNF/.

40.     "A monograph includes the name of the ingredient or preparation; the definition; packaging, storage, and labeling requirements; and the specification.  The specification consists of a series of tests, procedures for the tests, and acceptance criteria. These tests and procedures require the use of official USP Reference Standards. Medicinal ingredients and products will have the stipulated strength, quality, and purity if they conform to the requirements of the monograph and relevant general chapters."  *Id.*

41.     The FFDCA "designates the USP–NF as the official compendia for drugs marketed in the United States.  A drug product in the U.S. market must conform to the standards in USP–NF to avoid possible charges of adulteration and misbranding.  The USP–NF is also

widely used by manufacturers wishing to market therapeutic products worldwide.  Meeting

USP–NF standards is accepted globally as assurance of high quality." *Id.*



KL3 2770756.1



11



12



KL3 2770756.1





### Count One: Direct Infringement

69.    Plaintiff alleges the paragraphs set forth above as if fully set forth herein.

70.    Pursuant to 35 U.S.C. § 271(e)(2)(A), Glenmark has committed an act of infringement by filing an ANDA with a Paragraph IV certification that seeks FDA marketing approval for Glenmark's generic copy of Nycomed's Cutivate® Fluticasone Lotion 0.05% product prior to expiration of Nycomed's '669 Patent.  This Court has subject matter jurisdiction with respect to this action to declare Nycomed's rights under the '669 Patent.

71.    Plaintiff is entitled to the relief provided by 35 U.S.C. § 271(e)(4), including, *inter alia*, an order of this Court that the effective date of approval for Glenmark's ANDA be a date

that is not earlier than the expiration date for the last to expire of the '669 Patent or any other Patent listed in the Orange Book for Cutivate® Fluticasone Lotion 0.05%.

72.     Plaintiff is further entitled to a declaration that, if Glenmark commercially manufactures, uses, offers for sale or sells Glenmark's generic copy of Cutivate® Fluticasone Lotion 0.05% within the United States, imports Glenmark's generic copy of Cutivate® Fluticasone Lotion 0.05% into the United States, or induces or contributes to such conduct, Glenmark would further infringe the '669 Patent under 35 U.S.C. § 271(a), (b) and/or (c).

73.     Plaintiff will be irreparably harmed by Glenmark's infringing activities unless those activities are enjoined by this Court.  Plaintiff does not have an adequate remedy at law.

## Count Two: Inducement Of Infringement

74.     Plaintiff repeats and realleges the allegations of the paragraphs set forth above as if fully set forth herein.

75.     Glenmark's actual commercial manufacture, importation, use, offer for sale or sale of Glenmark's Fluticasone Lotion 0.05% product prior to the expiration of the '699 Patent is contributory infringement and/or active inducement of infringement by others of the '699 Patent under 35 U.S.C. § 271.

76.     Glenmark Generics Ltd., is jointly and severally liable with Glenmark Generics Inc., USA for this indirect infringement of the '669 Patent.  This is so, because upon information and belief, Glenmark Generics Ltd. will direct, participate in, contribute to, aid and abet Glenmark Generics Inc., USA's acts of manufacturing, importing, using, offering for sale, and selling Glenmark's Fluticasone Lotion 0.05% product prior to the expiration of the '669 Patent.

KL3 2770756.1

# RELIEF SOUGHT

**WHEREFORE**, Plaintiff requests:

A)      A judgment declaring the '669 Patent is valid and enforceable;

B)      A judgment declaring that Glenmark has infringed, and that Glenmark's making, using, selling, offering to sell or importing Glenmark's Fluticasone Lotion 0.05% product will infringe the '669 Patent;

C)      An Order pursuant to 35 U.S.C. § 271(e)(4)(A) that the effective date of any FDA approval of Glenmark's ANDA No. 90-759 be a date that is not earlier than the expiration date of the '669 Patent, including any extensions of the patent term and/or exclusivities relating to Nycomed's Cutivate® Fluticasone Lotion 0.05%;

D)      A judgment pursuant to 35 U.S.C. § 271(e)(4)(B) permanently enjoining Glenmark and its officers, agents, servants and employees, and those persons in active concert or participation with any of them, from commercial manufacture, use, offer to sell, or sale within the United States or importation into the United States of Glenmark's Fluticasone Lotion 0.05% product or any other product that infringes, induces or contributes to the infringement of the '669 Patent prior to the expiration date of the '669 Patent, including any extensions of the patent term and/or exclusivities relating to Nycomed's Cutivate® Fluticasone Lotion 0.05%;

E)      A judgment of damages, should Glenmark engage in commercial manufacture, use, offer to sell, or sale within the United States or importation into the United States of Glenmark's Fluticasone Lotion 0.05% product or any other product that infringes, induces or contributes to the infringement of the '669 Patent prior to the expiration date of the '669 Patent, including any extensions of the patent term and/or exclusivities relating to Nycomed's Cutivate®

Fluticasone Lotion 0.05%, resulting from such infringing activities, increased to treble the amount found or assessed together with interest;

F)      A judgment declaring that this is an exceptional case under 35 U.S.C. § 285, entitling Nycomed to an award of its reasonable attorney's fees, together with interest, and costs and expenses of the action;

G)      Any other appropriate costs and expenses in the action; and

H)      Such other and further relief as the Court may deem just and proper.


Dated: March 30, 2010                    Respectfully submitted,

                                         By:  /s/  Donald L. Rhoads

                                         Donald L. Rhoads, Esq.
                                         Nicholas L. Coch, Esq.
                                         Albert B. Chen, Esq.
                                         Benu Mehra, Esq.
                                         **KRAMER LEVIN NAFTALIS &
                                         FRANKEL, LLP**
                                         1177 Avenue of the Americas
                                         New York, New York 10036
                                         Telephone:  (212) 715-9100
                                         Facsimile:  (212) 715-8000

18

EXHIBIT A

US007300669B2

(12) **United States Patent**     (10) Patent No.:     **US 7,300,669 B2**
    Dow et al.                    (45) Date of Patent:      **Nov. 27, 2007**

(54) **FLUTICASONE LOTION HAVING IMPROVED VASOCONSTRICTOR ACTIVITY**

(75) Inventors: **Gordon J. Dow**, Petaluma, CA (US);
    **Keith Arthur Johnson**, Durham, NC
    (US); **Frances Furr Kelly**, Durham,
    NC (US); **Robert William Lathrop**,
    Fort Collins, CO (US); **Rukmini
    Rajagopalan**, Durham, NC (US)

(73) Assignee: **Altana Inc.**, Melville, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this
    patent is extended or adjusted under 35
    U.S.C. 154(b) by 530 days.

(21) Appl. No.: **10/800,840**

(22) Filed: **Mar. 15, 2004**

(65)          **Prior Publication Data**

    US 2004/0176342 A1      Sep. 9, 2004

        **Related U.S. Application Data**

(63) Continuation of application No. 09/830,037, filed as
    application No. PCT/GB99/03472 on Oct. 20, 1999,
    now abandoned.

(51) Int. Cl.
    *A61K 9/14*      (2006.01)
    *A61K 31/56*     (2006.01)

(52) U.S. Cl. ..................... **424/484**; 424/485; 424/486;
                                      514/177

(58) Field of Classification Search ............... 514/177;
                                   424/484, 485, 486
    See application file for complete search history.

(56)          **References Cited**

        U.S. PATENT DOCUMENTS

    4,985,418 A   *  1/1991  Richards

        FOREIGN PATENT DOCUMENTS

    EP        0042827     12/1981

    WO      WO-9214472    9/1992
    WO      WO9214472     9/1992

        OTHER PUBLICATIONS

Gordon, Clinical Therapeutics, Feb. 1998; 20(1):26-39.*
Budavari, Merck Index 11th ed. 1989, monograph 6021 and 7879.*
Bleehen, S. S. et al: British Journal of Dermatology, vol. 133, No.
4, 1995, pp. 592-597.
Spencer, Caroline M et al: Biodrugs, vol. 7, No. 4, 1997, pp.
318-334.
"Physicians' Desk Reference monographs", 7 pages.
"Potency Ranking of Some Commonly Used Topical
Corticosteroids", *Temovate literature*, 1 page.
Bleehen, S S., et al., "Fluticasone propionate 0.05% cream in the
treatment of atopic eczema: a multicentre study comparing once-
daily treatment and once-daily vehicle cream application versus
twice-daily treatment.", *British Journal of Dermatology*, 133(4),
(1995),592-597.
Budavari, Susan , et al., "Monographs 6021 and 7879", *Merck Index
11th ed.*, Rahway, N.J. : Merck,(1989).
Cornell, Roger C., et al., "Potency Ranking of Some Commonly
Used Topical Steroids", *Topical Corticosteroids—Guidelines for
Therapy Hoechst-Roussel Pharmaceuticals Inc.*, (1985),24-25.
Gordon, M. L., "The role of clobetasol propionate emollient 0.05%
in the treatment of patients with dry, scaly, corticosteroid-responsive
dermatoses.", *Clinical Therapeutics*, 20(1), (Feb. 1998),26-39.
Spencer, Caroline M., "Topical Fluticasone Propionate: A review of
its pharmacological properties and therapeutic use in the treatment
of dermatological disorders", *Biodrugs*, 7(4), (1997),318-334.

* cited by examiner

*Primary Examiner*—San-Ming Hui
(74) *Attorney, Agent, or Firm*—Schwegman, Lundberg &
Woessner, P.A.

(57)          **ABSTRACT**

A fluticasone lotion having improved vasoconstrictor and
anti-inflammatory activity and higher than expected
potency. The fluticasone lotion contains 0.05 weight percent
fluticasone propionate and an oil-in-water vehicle that
includes excipients. The fluticasone lotion is unexpectedly
efficacious while exhibiting an improved safety profile.

**19 Claims, No Drawings**

US 7,300,669 B2

1

# FLUTICASONE LOTION HAVING IMPROVED VASOCONSTRICTOR ACTIVITY

This application is a continuation of U.S. Ser. No. 09/830,037 filed 20 Apr. 2001, now abandoned which is a §371 national stage filing of PCT/GB99/03472 filed 20 Oct. 1999.

## FIELD OF THE INVENTION

The present invention is generally directed to a lotion comprising fluticasone.

## BACKGROUND OF THE INVENTION

Fluticasone propionate is a steroid having anti-inflammatory, anti-pruitic, and vasoconstrictive properties. Fluticasone propionate cream (0.05%) is sold under the tradename CUTIVATE® cream. Each gram of CUTIVATE® cream (0.05%) contains 0.5 mg fluticasone propionate in a base of propylene glycol, mineral oil, cetostearyl alcohol, ceteth-20, isopropyl myristate, buffers and preservatives.

Mineral oil is a known occlusive agent. Occlusion in topical drug delivery is known to increase the vasoconstrictor potency of the topical steroid. By increasing the vaso-constrictor potency, the effectiveness of the steroid is increased. However, occlusive agents such as mineral oil can reduce the aesthetic appeal of topical formulations as they may impart an undesirable oily feel to the skin. By removing or significantly reducing the concentration of the occlusive agent, a decrease in the vasoconstrictor potency of the steroid would be expected. Thus, the effectiveness of the topical steroid formulation would be decreased.

The present fluticasone lotion invention unexpectedly shows increased vasoconstrictor potency of fluticasone at decreased concentrations of occlusive agent, thus increasing the steroid effectiveness. The instant fluticasone lotion also significantly improves the organoleptic feel and spreadability of the drug over a large area as compared to a cream. Specifically, the instant fluticasone lotion has improved vasoconstrictor activity over fluticasone cream formulations. The fluticasone lotion is systemically safe and exhibits significant vasoconstrictor potency and efficacy and excellent anti-inflammatory activity.

## SUMMARY OF THE INVENTION

One aspect of the invention is a topical lotion comprising about 0.005 to 1.0 wt. % fluticasone, or a pharmaceutically acceptable salt or ester thereof; a thickening effective concentration of at least one thickener; a conditioning effective concentration of at least one skin conditioning agent; and, an emulsifying effective amount of a surfactant. Unless indicated otherwise herein, all percentages are in terms of weight percent (i.e., w/w, wt. %, etc.). Unless indicated otherwise herein, the term "about" is intended to include values, e.g., weight percents, proximate to the recited range that are equivalent in terms of the functionality of the individual ingredient, the composition or the invention. In addition, unless indicated otherwise herein, a recited range (e.g., weight percents or carbon groups) includes each specific value or identity within the range.

Another aspect of the present invention is a topical fluticasone lotion for the treatment of skin conditions (i.e., dermatological disorders). The lotion comprises about 0.005 to 1.0 wt. % fluticasone, or a pharmaceutically acceptable salt or ester thereof; about 1.0 to 10.0 wt. % of a $C_{14}$-$C_{20}$ fatty alcohol, or mixtures thereof; about 1.0 to 5.0 wt. % of

2

at least one skin conditioning agent; about 5.0 to 15.0 wt. % of propylene glycol; up to about 10.0 wt. % mineral oil or soft white paraffin, and the balance being water. The lotion optionally contains additives such as preservatives and buffers.

Another aspect of the invention is a topical fluticasone lotion comprising fluticasone propionate in an amount of from about 0.005 to 1.0 wt. %; a $C_{14}$-$C_{20}$ fatty alcohol, or mixtures thereof, in an amount of from about 3.0 to 7.0 wt. %; at least one skin conditioning agent in an amount of from about 0.5 to 3.0 wt. %; at least one surfactant in an amount of about 0.25 to 3.0 wt. %; propylene glycol in an amount of from about 7.0 to 12.0 wt. %; up to about 10 wt. % mineral oil or soft white paraffin; and the balance in water, preferably purified water, USP.

Yet another aspect of the invention is a method of treating a skin condition. A skin condition (or dermatological disorder) includes, but is not limited to, corticosteroid-responsive dermatosis, atropic dermatitis, inflammation, eczema, erythema, papulation, scaling, erosion, oozing, crusting and pruritis. The method comprises the steps or acts of providing a lotion including about 0.005 to 1.0 wt. % fluticasone, or a pharmaceutically acceptable salt or ester thereof; about 1.0 to 10.0 wt. % of a $C_{14}$-$C_{20}$ fatty alcohol or mixtures thereof; about 1.0 to 5.0 wt. % of one or more skin conditioning agents; about 5.0 to 15.0 wt. % of propylene glycol; up to about 10.0 wt. % of mineral oil or white soft paraffin, and the balance in purified water; and, applying the lotion to the skin having the skin condition. Preferably, the lotion has a 2-hour mean blanching score of at least about 2.1, an AUC of at least about 26.7, and an average mean blanching of at least about 1.5. The lotion of the present invention has the added benefit of being chemically and physically stable for at least 6 months at 40° C.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Fluticasone or a pharmaceutically acceptable salt or ester thereof, preferably fluticasone propionate, is present in the formulation in a concentration of from about 0.005 to 1.0 wt. % preferably 0.005 to 0.5 wt. %, and more preferably about 0.005 to about 0.1 wt. %. The $C_{14}$-$C_{20}$ fatty alcohol or mixtures thereof are present in the formulation as a thickener and/or stabilizer. Examples include, but are not limited to, cetyl alcohol, stearyl alcohol, and cetostearyl alcohol. The $C_{14}$-$C_{20}$ fatty alcohol is present in a concentration in the range of from about 1.0 to 10.0 wt. %, preferably about 3.0 to 7.0 wt. %, and more preferably about 4.0 to 6.0 wt. %.

Conventional skin conditioning agents, such as emollient skin conditioning agents, may be present in the lotion of the present invention. Skin conditioning agents are defined in the CTFA (Cosmetic Toiletry and Fragrance Association) Cosmetic Ingredient Handbook (2nd ed. 1992) and the Handbook of Pharmaceutical Excipients (2nd ed. 1994). Preferred examples of such skin conditioning agents include, but are not limited to, cholesterol, glycerine, glycerol monostearate, isopropyl myristate and palmitate, and lanolin alcohols, or mixtures thereof. Particular examples are isopropyl myristate and cetostearyl alcohol. The skin conditioning agent is present in a concentration in the range of from about 1.0 to 5.0 wt. %, preferably about 1.0 to 3.0 wt. %, and more preferably about 1.0 to 2.0 wt. %. In a preferred embodiment, dimethicone is employed in connection with at least one skin conditioning agent. The concentration of dimethicone in the formulation may be up to about

US 7,300,669 B2

3                                           4

5.0 wt. %, preferably about 0.5 to 3.0 wt. % and more preferably about 1.0 to 2.0 wt. % of the lotion composition.

At least one conventional surfactants may be used in topical formulations to form the oil-in-water emulsion lotion of the present invention. For example, the surfactants may include, but are not limited to, polyoxyalkene oxides of $C_{14}$-$C_{20}$ fatty alcohols and polyoxyalkylene sorbitan esters, or mixtures thereof. Preferred surfactants include CETOMACROGOL® 1000 (Croda Inc.), CETETH-20®, TWEEN® 40 or BRIG® 78. The surfactant may be present in a concentration in the range of about 0.25 to 3.0 wt. %, preferably about 0.5 to 2.0 wt. %, and more preferably about 0.75 to 1.5 wt. %.

Optionally, mineral oil or white soft paraffin are incorporated into the lotion in relatively small amounts to act as a skin conditioner. The lotion may also be free of mineral oil and/or white soft paraffin or contain up to about 10.0 wt. %. The lotion may also contain up to about 5.0 wt. % or up to about 2.0 wt. % skin conditioner.

Propylene glycol may be present in the lotion formulation in a concentration of from about 5.0 to 15.0 wt. %, preferably about 7.0 to 12.0 wt. % and more preferably 9.0 to 11.0 wt. %.

The viscosity of the fluticasone lotion may be in the range of about 2,000 to 17,000 centipoise (cps), and preferably about 3,000 to 13,000 cps, as measured by a Brookfield viscometer fitted with a #27 spindle at 10 rpm at 25° C.

The pH range of the topical fluticasone lotion may be in the range of about 4 to 7. Conventional buffers may be employed in the lotion formulation to achieve the pH range. The buffers include, but are not limited to, sodium citrate/ citric acid, dibasic sodium phosphate/citric acid, and the like.

Optionally, conventional preservatives may be used in the present invention. Preferably, preservatives employed in the formulation should pass US Pharmacopoeia, British Pharmacopoeia and European Pharmacopoeia standards. Preferred preservatives include, but are not limited to, imidurea, methylparaben, propylparaben and the like, and combinations thereof.

Treatment of skin conditions with the lotion of the present invention is accomplished by applying the lotion to the affected areas to be treated. The treatment regimen is varied from patient to patient and condition to condition. In general, the fluticasone lotion is to be applied once or twice a day to a treatment area. Preferably, the lotion of the present invention is used to treat atopic dermatitis, inflammatory and pruritic manifestations and corticosteroid-responsive dermatoses.

The lotion of the present invention is manufactured in a conventional manner by mixing the ingredients at elevated temperatures (such as from 45-80° C.) and then cooling the mixture to achieve a smooth, homogeneous oil-in-water emulsion.

The following examples merely illustrate the lotion compositions of the invention and are not to be construed as limiting the scope of the invention. Unless indicated otherwise, all weight percentages are based on the total weight of the composition.

EXAMPLES

Example 1

A topical 0.05 wt. % fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Cetostearyl alcohol, NF | 5.00 |
| Isopropyl myristate, NF | 1.00 |
| Dimethicone 360, NF | 1.00 |
| Cetomacrogol 1000, BP | 1.00 |
| Propylene glycol, USP | 10.00 |
| Imidurea, NF | 0.30 |
| Methyl paraben, USP | 0.20 |
| Propyl paraben, USP | 0.10 |
| Citric acid (anhydrous), USP | 0.05 |
| Sodium citrate, USP | 0.08 |
| Purified water, USP | balance |

Example 2

A topical 0.05 wt. % fluticasone propionate lotion formulation in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Cetostearyl alcohol, NF | 5.25 |
| Isopropyl myristate, NF | 2.00 |
| Propylene glycol, USP | 0.00 |
| Ceteth-20 | 0.75 |
| Imidurea, NF | 0.20 |
| Methyl paraben, USP | 0.20 |
| Propyl paraben, USP | 0.10 |
| Citric Acid (anhydrous) | 0.05 |
| Dibasic sodium phosphate | 0.06 |
| Purified water, USP | balance |

Example 3

A topical fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.05 |
| Cetostearyl Alcohol | 5.0 |
| Mineral Oil | 3.0 |
| Isopropyl myristate | 3.0 |
| Ceteth-20 | 0.75 |
| Propylene Glycol | 0.0 |
| Citric Acid (anhydrous) | 0.05 |
| Dibasic Sodium Phosphate | 0.06 |
| Imidurea | 0.20 |
| Water | balance |

Example 4

A topical fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.05 |
| Cetosteoryl Alcohol | 5.25 |

Case 2:08-cv-05023-CBA-RLM Document 266 Filed 03/30/04 Page 23 Page ID #: 5498

US 7,300,669 B2

5

| Ingredient | (wt. %) |
|---|---|
| Mineral Oil | 1.0 |
| Isopropyl myristate | 1.0 |
| Ceteth-20 | 0.75 |
| Propylene Glycol | 10.0 |
| Citric Acid (anhydrous) | 0.05 |
| Dibasic Sodium Phosphate | 0.06 |
| Imidurea | 0.20 |
| Water | balance |

### Example 5

A topical fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.05 |
| Cetostearyl Alcohol | 5.0 |
| Mineral Oil | 10.0 |
| Isopropyl myristate | 5.0 |
| Ceteth-20 | 0.75 |
| Propylene Glycol | 10.0 |
| Citric Acid (anhydrous) | 0.05 |
| Dibasic Sodium Phosphate | 0.06 |
| Imidurea | 0.20 |
| Water | balance |

### Example 6

A topical fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.05 |
| Cetostearyl Alcohol | 7.0 |
| Isopropyl myristate | 2.5 |
| Dimethicone | 2.5 |
| Cetomacrogol 1000 | 1.0 |
| Propylene Glycol | 10.0 |
| Citric Acid (anhydrous) | 0.05 |
| Sodium Citrate | 0.075 |
| Imidurea | 0.30 |
| Water | balance |

### Example 7

A topical fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.05 |
| Cetostearyl Alcohol | 7.0 |
| Isopropyl myristate | 5.0 |
| Dimethicone | 2.5 |
| Cetomacrogol 1000 | 1.0 |
| Propylene Glycol | 10.0 |

6

| Ingredient | (wt. %) |
|---|---|
| Citric Acid (anhydrous) | 0.05 |
| Sodium Citrate | 0.075 |
| Imidurea | 0.30 |
| Water | balance |

### Example 8

A topical fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.05 |
| Cetostearyl Alcohol | 6.0 |
| Isopropyl myristate | 2.0 |
| Cetomacrogol 1000 | 1.0 |
| Propylene Glycol | 10.0 |
| Citric Acid (anhydrous) | 0.05 |
| Sodium Citrate | 0.075 |
| Imidurea | 0.30 |
| Water | balance |

### Example 9

A topical fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.05 |
| Cetostearyl Alcohol | 4.7 |
| Isopropyl myristate | 3.75 |
| Dimethicone | 3.75 |
| Cetomacrogol 1000 | 1.0 |
| Propylene Glycol | 10.0 |
| Citric Acid (anhydrous) | 0.05 |
| Sodium Citrate | 0.075 |
| Imidurea | 0.30 |
| Water | balance |

### Example 10

A topical fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.05 |
| Cetostearyl Alcohol | 2.4 |
| Isopropyl myristate | 2.5 |
| Dimethicone | 5.0 |
| Cetomacrogol 1000 | 1.0 |
| Propylene Glycol | 10.0 |
| Citric Acid (anhydrous) | 0.05 |
| Sodium Citrate | 0.075 |
| Imidurea | 0.30 |
| Water | balance |

US 7,300,669 B2

7

8

### Example 11

A topical fluticasone propionate lotion in accordance with the present invention is prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.01 |
| Stearyl Alcohol | 5.0 |
| Isopropyl myristate | 3.0 |
| Dimethicone | 3.0 |
| Ceteth-20 | 0.75 |
| Propylene Glycol | 5.0 |
| Imidurea, NF | 0.20 |
| Methyl paraben, USP | 0.20 |
| Propyl paraben, USP | 0.10 |
| Water | balance |

### Example 12

A topical fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.01 |
| Stearyl Alcohol | 2.5 |
| Mineral Oil | 1.0 |
| Isopropyl myristate | 1.0 |
| Dimethicone | 1.0 |
| Cetomacrogol 1000 | 0.5 |
| Propylene Glycol | 15.0 |
| Imidurea, NF | 0.20 |
| Methyl paraben, USP | 0.20 |
| Propyl paraben, USP | 0.10 |
| Water | balance |

### Example 13

A topical fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.1 |
| Cetyl Alcohol | 7.0 |
| Mineral Oil | 2.0 |
| Isopropyl myristate | 2.0 |
| Dimethicone | 2.0 |
| Cetomacrogol 1000 | 1.5 |
| Propylene Glycol | 10.0 |
| Imidurea, NF | 0.20 |
| Methyl paraben, USP | 0.20 |
| Propyl paraben, USP | 0.10 |
| Water | balance |

### Example 14

A topical fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.1 |
| Stearyl Alcohol | 7.0 |
| Mineral Oil | 2.5 |
| Dimethicone | 2.5 |
| Ceteth-20 | 1.0 |
| Propylene Glycol | 15.0 |
| Imidurea, NF | 0.20 |
| Methyl paraben, USP | 0.20 |
| Propyl paraben, USP | 0.10 |
| Water | balance |

### Example 15

A topical fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.1 |
| Cetostearyl Alcohol | 5.0 |
| Mineral Oil | 2.5 |
| Dimethicone | 1.0 |
| Tween ® 40 | 0.5 |
| Propylene Glycol | 10.0 |
| Imidurea, NF | 0.20 |
| Methyl paraben, USP | 0.20 |
| Propyl paraben, USP | 0.10 |
| Water | balance |

### Example 16

A topical fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.1 |
| Stearyl Alcohol | 5.25 |
| Mineral Oil | 5.0 |
| Brij ® 78 | 2.0 |
| Propylene Glycol | 5.0 |
| Imidurea, NF | 0.20 |
| Methyl paraben, USP | 0.20 |
| Propyl paraben, USP | 0.10 |
| Water | balance |

### Example 17

A topical fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.05 |
| Cetyl Alcohol | 2.0 |
| Isopropyl myristate | 5.0 |
| Cetomacrogol 1000 | 0.5 |

US 7,300,669 B2

9

-continued

| Ingredient | (wt. %) |
|---|---|
| Propylene Glycol | 10.0 |
| Imidurea, NF | 0.20 |
| Methyl paraben, USP | 0.20 |
| Propyl paraben, USP | 0.10 |
| Water | balance |

Example 18

A topical fluticasone propionate lotion in accordance with the present invention was prepared having the following composition.

| Ingredient | (wt. %) |
|---|---|
| Fluticasone Propionate | 0.05 |
| Cetyl Alcohol | 2.5 |
| Dimethicone | 5.0 |
| Ceteareth 1000 | 1.0 |
| Propylene Glycol | 10.0 |
| Imidurea, NF | 0.20 |
| Methyl paraben, USP | 0.20 |
| Propyl paraben, USP | 0.10 |
| Water | balance |

The topical anti-inflammatory activity of fluticasone propionate formulations was measured using a vasoconstriction assay (McKenzie and Stoughton, Arch. Dermatol., 86, 608 (1962)).

Approximately 0.1 mL of the drug product of Examples 1-18 were placed on a 2 cm² area of the volar aspect of each volunteer's forearm. Application sites were protected with a guard to prevent removal or smearing. The application sites were not occluded. After approximately 16 hours of contact, the protective guards were removed and the sites gently washed and dried.

Skin vasoconstriction evaluations were preformed on a 4 point scale (0 [no blanching]-3 [marked blanching]) at time points corresponding to 2, 3, 6, 8, and 24 hours after drug removal. The data were used to calculate the mean blanching response and the area under the curve (AUC) for the blanching versus time. The higher the score, mean or area under the curve (AUC), the more topically potent. The results are tabulated in Table 1.

TABLE 1

| Measure* | Lotion Example 1 | Lotion Example 2 | CUTIVATE ® (Fluticasone propionate) Cream Comparative Example |
|---|---|---|---|
| AUC | 28.4 | 26.7 | 21.4 |
| Mean | 1.58 | 1.49 | 1.22 |

*Results from 17 volunteers.

The fluticasone lotions of the present invention show higher vasoconstriction scores than fluticasone cream. As shown by the 17 patient data set, the vasoconstriction potency of the fluticasone lotions is greater than the cream.

The fluticasone lotion of the present invention has proven to be unexpectedly superior in terms of efficacy and safety. Evaluations were performed using the Vasoconstrictor Assay. Evaluations also used a human model to predict clinical potency of corticosteroids in (1) controlled efficacy

10

and safety trials and (2) subjects with a corticosteroid-responsive dermatosis, atopic dermatitis. Safety and efficacy evaluations were performed on the fluticasone lotion 0.05% by applying the lotion extensively to all body regions: head and neck (including face), trunk, upper limbs and lower limbs.

The potency of the fluticasone lotion, as determined by the Vasoconstrictor Assay, was greater than mid-potency fluticasone cream (CUTIVATE™ Cream). The potency of the fluticasone lotion was less than the high-potency corticosteroid preparations. Application of the lotion formulation over 4 weeks resulted in a superior adverse event profile devoid of commonly encountered side effects encountered using corticosteroids in the mid-to-high potency range.

The instant fluticasone lotion was assessed in view of projected efficacy outcomes from the Vasoconstrictor Assay (VC Assay) in humans and corroborated by efficacy outcomes in multicenter vehicle-controlled clinical trials. It was highly desirable for the lotion formulation to show both systemic (adrenal axis suppression) and local (atrophogenic) responses to corticosteroids. The fluticasone lotion was unexpectedly superior in both categories, and particularly superior in that no atrophy was observed (based on associated signs) even in the more susceptible region (i.e., the face, head and neck).

The Vasoconstrictor Assay (VC Assay; McKenzie and Stoughton) is a standard dermatological assay used to predict the potency of corticosteroid formulations. Potency is related to both side effect potential and efficacy in the treatment of mild to severe dermatoses. Reactions of particular concern include skin thinning (atrophy, including telangiectasia), and adrenal axis suppression, which can occur more often (1) under occlusions or (2) when higher potency corticosteroids are employed.

In the VC assay, fluticasone lotion 0.05% was compared to low-potency (HYTONE™ Lotion), mid-potency (CUTIVATE™ Cream; and fluticasone cream 0.05%) and high-potency (TEMOVATE™ Cream; ELOCON™ Lotion). Potency was estimated for two subject populations (Intent to Treat and Positive responders) and includes 3 outcome assessments: 2-hour mean blanching score, are under the time-blanching score curve (AUC) and Average mean blanching from 5 timepoints. The results from the "responder" population is summarized in Table 2.

TABLE 2

| | | Responder Population | | |
|---|---|---|---|---|
| Treatment | Potency | 2 hour score | AUC | Avg. mean blanching |
| TEMOVATE ™ | High | 2.7 | 36.6 | 2.0 |
| ELOCON ™ | High | 2.2 | 33.4 | 1.8 |
| Fluticasone lotion (0.05%) | Mid to High | 2.1 | 26.7 | 1.5 |
| CUTIVATE ™ Cream | Mid | 1.8 | 21.4 | 1.2 |
| HYTONE ™ Lotion | Low | 0.8 | 9.5 | 0.6 |

The results show that the fluticasone lotion of the present invention has an unexpectedly high potency for a lotion-based composition.

In addition, as shown in Table 3, criticality for the presence of fluticasone in the lotion of the present invention was established by the comparison between applying the vehicle alone (the fluticasone lotion minus the fluticasone propionate) and the fluticasone lotion. The FPL10005,

FPL3003 and FPL30004 studies used the following fluticasone 0.05% lotion formulation.

| Ingredient | (wt. %) |
|---|---|
| fluticasone propionate (micronized) | 0.05 |
| cetostearyl alcohol, NF | 5.0 |
| isopropyl myristate, NF | 1.0 |
| dimethicone 360, NF | 1.0 |
| polyoxyethylene (20) cetostearyl ether, NF | 1.0 |
| propylene glycol, USP | 10.0 |
| imidurea, NF | 0.14 |
| methylparaben, NF | 0.17 |
| propylparaben, NF | 0.06 |
| citric acid (hydrous), USP | 0.05 |
| sodium citrate, USP | 0.08 |
| purified water, USP | balance (also QSAD) |

TABLE 3

| Study | Diagnosis | Application | No. subjects | Outcome Good to cleared (%) |
|---|---|---|---|---|
| FPL3003 | Atopic Dermatitis | QD for up to 4 weeks | FPL (110) Veh. (110) | FPL (78%)* Veh. (33%) |
| FPL3004 | Atopic Dermatitis | QD for up to 4 weeks | FPL (111) Veh. (107) | FPL (68%)* Veh. (28%) |

*subjects showing >50% clearing of lesions
"Veh." is vehicle only formulation

The data of Table 3 show that the fluticasone lotion is more than twice as effective as the vehicle. In a once-a-day application, the differences (%) between the vehicle-only and the fluticasone lotion are 40% and 45% (FPL30004 and FPL30003, respectively). The advantage of the fluticasone propionate lotion over the vehicle control was unexpectedly superior. It is worth noting that the fluticasone lotion application rate was half the preferred application rate of twice per day.

Systemic safety of fluticasone lotion (study FPL10005) was assessed utilising the measurement of adrenal responsiveness to a challenge of cosyntropin (ACTH$_{1-29}$) and measuring the plasma levels of cortisol both before and 30 minutes after ACTH challenge. HPA axis was considered suppressed if the cortisol response to the challenge was less than 18 ug/dL. These studies were conducted in paediatric populations from 3 months to 5 years of age. Because children have a high ratio of body mass to surface, that population is considered to be more at risk than adults.

In these studies fluticasone formulations were tested following a 3 or 4 week course of twice daily application of the fluticasone lotion to at least 35% of the body surface area in subjects with moderate to severe eczema. The results are summarised in Table 4.

TABLE 4

| Cortisol responses - plasma levels = 18 ug/dL indicate suppression | | |
|---|---|---|
| Study | Preparation | Adrenal Responsiveness, # suppressed/total |
| FPL10005 | Lotion | 0/42 |

These data show that the fluticasone lotion did not suppress the adrenal responsiveness to ACTH stimulation. CUTIVATE™ lotion produced low adrenal suppression as

evaluated by the cosyntropin (ACTH$_{1-29}$) stimulation test in paediatric subjects. This age group would be expected to be the most susceptible to side effects of corticosteroids. No adrenal suppression was noted for CUTIVATE™ lotion. These results were unexpectedly superior based on potency estimates from the VC Assay.

Treating skin diseases with topical corticosteroids is of particular concern where the skin is thin (e.g., the face) due to the potential atrophy side effect. Skin atrophy and atrophy-associated signs (such as telangectasia) were monitored in safety studies (HPA Axis Suppression) and efficacy (multicenter pivotal trials). The fluticasone lotion showed no atrophy-associated changes (see Table 4). In addition, atrophogenic potential was assessed in two large multicenter trials (FPL30003, N=110 treated with fluticasone); FPL30004; N=111 treated with fluticasone). The subjects had moderate-to-severe atopic dermatitis. After once daily administration for up to 4 weeks, no atrophy or associated signs were ascribed to drug treatment.

Based on the observed outcomes in the VC Assay (used to predict clinical potency), it was expected (1) that the therapeutic benefit would be only slightly more than that for CUTIVATE™ Cream and (2) that the side effects would reflect those observed for CUTIVATE™ Cream. The results were unexpected in that the lotion formulation was more effective than, and superior to, the cream. At half the application rate of fluticasone lotion, a lack of side effects were observed. That observation was unexpected since application of steroids of similar potency typically cause some side effects. As noted herein for the lotion, the lack of both systemic (HPA Axis suppression) and local side effects, even to sensitive areas such as the face (head and neck region) was unexpected.

It will be apparent to those skilled in the art that many modifications and equivalents thereof may be made without departing from the spirit and scope of the invention as set forth in the appended claims.

We claim:

1. A topical lotion, comprising:
about 0.005 to 1.0 wt. % fluticasone, or a pharmaceutically acceptable salt or ester thereof;
about 4.0 to 6.0 wt. % of a $C_{14}$-$C_{20}$ fatty alcohol or mixtures thereof;
about 1.0 to 5.0 wt. % of at least one first skin conditioning agent;
about 5.0 to 15.0 wt. % propylene glycol; and
the balance in water;
wherein the lotion is free of mineral oil and white soft paraffin, and
wherein the lotion causes more vasoconstriction when applied to living human skin than does application of a cream containing mineral oil or soft white paraffin, or both, the cream containing the same amount of the fluticasone or the pharmaceutically acceptable salt or ester thereof.

2. The lotion of claim 1 further comprising about 0.25 to 3.0 wt. % of at least one surfactant.

3. The lotion of claim 1 further comprising about 0.5 to 2.0 wt. % of at least one surfactant.

4. The lotion of claim 1 further comprising dimethicone in an amount up to about 5.0 wt. %.

5. The lotion of claim 4 further comprising about 0.5 to 3.0 wt. % of dimethicone.

6. The lotion of claim 4 further comprising about 1.0 to 2.0 wt. % of dimethicone.

7. The lotion of claim 5 wherein said $C_{14}$-$C_{20}$ fatty alcohol or mixtures thereof is cetostearyl alcohol.

Case 2:08-cv-05023-CBA-RLM Document 266 Filed 03/30/10 Page 27 of 47 PageID #: 5502

US 7,300,669 B2

13

8. The lotion of claim 7 wherein said first skin conditioning agent is isopropyl myristate.

9. The lotion of claim 8 further comprising about 0.25 to 3.0 wt. % of at least one surfactant.

10. The lotion of claim 8 further comprising about 0.5 to 2.0 wt. % of at least one surfactant.

11. The lotion of claim 10 wherein said surfactant is Cetomacrogol.

12. The lotion of claim 11 further comprising one or more buffers.

13. The lotion of claim 12 further comprising one or more preservatives.

14. The lotion of claim 13 wherein said fluticasone, or a pharmaceutically acceptable salt or ester thereof is fluticasone propionate.

15. The lotion of claim 14 wherein said one or more buffer is selected from the group consisting of: sodium citrate and citric acid.

16. The lotion of claim 15 wherein said one or more preservative is selected from the group consisting of: imidurea, methylparaben, and propylparaben.

17. A method of treating a skin condition treatable by fluticasone, comprising topically administering to a patient in need thereof a lotion according to claim 14.

14

18. The method of claim 15 wherein said skin condition is selected from the group consisting of: corticosteroid-responsive dermatosis, atopic dermatitis, inflammation, eczema, erythema, papulation, scaling, erosion, oozing, crusting and pruritis.

19. A topical lotion, comprising:

about 0.05 wt. % fluticasone, or a pharmaceutically acceptable salt or ester thereof;

about 4.0 to 6.0 wt. % of cetostearyl alcohol;

about 1.0 to 2.0 wt. % of isopropyl myristate;

about 5.0 to 15.0 wt. % propylene glycol;

about 0.5 to 3.0 wt. % of dimethicone;

about 0.25 to 3.0 wt. % of at least one surfactant; and the balance in water;

wherein the lotion is free of mineral oil and white soft paraffin, and

wherein the lotion causes more vasoconstriction when applied to living human skin than does application of a cream containing mineral oil or soft white paraffin, or both, the cream containing the same amount of the fluticasone or the pharmaceutically acceptable salt or ester thereof.

* * * * *

# EXHIBIT B

**REDACTED**

EXHIBIT C

Case 2:08-cv-05023-CBA-RML Document 266-6 Filed 03/30/04/09 Page 31 Page ID #: 5506



| Mineral Oil USP | Typical Values | | | Typical Properties | | | |
|---|---|---|---|---|---|---|---|
| | Viscosity | | Specific Gravity | Flash Point | | Pour Point | |
| | ASTM D 445 | | ASTM D 4052 | ASTM D 92 | | ASTM D 97 | |
| | SUS @ 100°F | CST @ 40°C | @ 77°F | °F | °C | °F | °C |
| Drakeol® 600 | 525/625 | 100.5/120.0 | .860/.878 | 505 | 263 | 10 | -12 |
| Drakeol® 350 | 350/370 | 66.7/71.2 | .857/.873 | 440 | 227 | 5 | -15 |
| Drakeol® 35 | 340/365 | 65.8/71.0 | .864/.881 | 445 | 229 | 0 | -18 |
| Drakeol® 34 | 370/410 | 72.0/79.5 | .858/.872 | 490 | 254 | 10 | -12 |
| Drakeol® 32 | 312/330 | 60.0/63.3 | .856/.876 | 435 | 224 | 5 | -15 |
| Drakeol® 21 | 200/215 | 38.4/41.5 | .853/.876 | 410 | 210 | 5 | -15 |
| Drakeol® 19 | 180/190 | 34.9/37.3 | .852/.876 | 395 | 202 | 5 | -15 |

To the best of our knowledge, the information contained herein is accurate, but is given without warranty or guarantee. We assume no liability whatsoever for the accuracy or completeness of the information contained herein. Final determination of the suitability of any information or material for the use contemplated, the manner of use and whether there is any infringement of patents is the sole responsibility of the user.

Properties | MSDS | Certifications

Home | About Penreco | Products | Formulator's Lab | News & Events | Customer Center | International Info
Copyright © 2001 Penreco | Legal Disclaimer & Privacy Statement | call us at 800/245-3952

# EXHIBIT D

REDACTED

EXHIBIT G

## penreco.

# Penreco® Drakeol® Mineral Oil - USP Grades
## Material Safety Data Sheet

### 1. PRODUCT AND COMPANY IDENTIFICATION

| | |
|---|---|
| **Product Name:** | Penreco® Drakeol® Mineral Oil - USP Grades |
| **MSDS Code:** | 776507 |
| **Synonyms:** | Penreco® Drakeol® 19, 21, 25, 32, 33, 34, 35, 36, 210B, 350, 372, 35G, 400, Supreme, 500, 537, 600, 600T, GD-R |
| **Intended Use:** | USP White Oil |
| **Responsible Party:** | Penreco<br>8701 New Trails Dr. Suite 175<br>The Woodlands, TX 77381 |
| **Customer Service:** | 800-245-3952<br>www.penreco.com |
| **Technical Information:** | 800-245-3952 |
| **MSDS Information:** | Internet: http://w3.conocophillips.com/NetMSDS/ |
| **Emergency Telephone Numbers:** | Chemtrec: 800-424-9300 (24 Hours)<br>California Poison Control System: 800-356-3219 |

### 2. HAZARDS IDENTIFICATION

| Emergency Overview | NFPA |
|---|---|
| This material is not considered hazardous according to OSHA criteria. |  |

**Appearance:** Transparent / water white
**Physical Form:** Liquid
**Odor:** Odorless

**Potential Health Effects**
**Eye:** Not known to be an eye irritant.

**Skin:** Not known to be a skin irritant. No harmful effects from skin absorption have been reported.

**Inhalation (Breathing):** Expected to have a low degree of toxicity by inhalation.

**Ingestion (Swallowing):** No harmful effects reported from ingestion.

**Signs and Symptoms:** Effects of overexposure may include irritation of the respiratory tract, irritation of the digestive tract, diarrhea.

**See Section 11 for additional Toxicity Information.**

### 3. COMPOSITION / INFORMATION ON INGREDIENTS

| Component | CAS | Concentration (wt %) |
|---|---|---|
| White Mineral Oil | 8042-47-5 | 100 |

---

776507 - Penreco® Drakeol® Mineral Oil - USP Grades
**Date of Issue:** 12-Jul-2007

**Page 1/6**
**Status:** Final

## 4. FIRST AID MEASURES

**Eye:** If irritation or redness develops from exposure, flush eyes with clean water. If symptoms persist, seek medical attention.

**Skin:** First aid is not normally required. However, it is good practice to wash any chemical from the skin.

**Inhalation (Breathing):** First aid is not normally required. If breathing difficulties develop, move victim away from source of exposure and into fresh air. Seek immediate medical attention.

**Ingestion (Swallowing):** First aid is not normally required; however, if swallowed and symptoms develop, seek medical attention.

**Notes to Physician:** Acute aspirations of large amounts of oil-laden material may produce a serious aspiration pneumonia. Patients who aspirate these oils should be followed for the development of long-term sequelae. Inhalation exposure to oil mists below current workplace exposure limits is unlikely to cause pulmonary abnormalities.

## 5. FIRE FIGHTING MEASURES

**NFPA 704 Hazard Class**

**Health:** 0    **Flammability:** 1    **Instability:** 0    (0-Minimal, 1-Slight, 2-Moderate, 3-Serious, 4-Severe)

**Unusual Fire & Explosion Hazards:** This material may burn, but will not ignite readily. If container is not properly cooled, it can rupture in the heat of a fire. Vapors are heavier than air and can accumulate in low areas.

**Extinguishing Media:** Dry chemical, carbon dioxide, foam, or water spray is recommended. Water or foam may cause frothing of materials heated above 212°F. Carbon dioxide can displace oxygen. Use caution when applying carbon dioxide in confined spaces.

**Fire Fighting Instructions:** For fires beyond the incipient stage, emergency responders in the immediate hazard area should wear bunker gear. When the potential chemical hazard is unknown, in enclosed or confined spaces, or when explicitly required by DOT, a self contained breathing apparatus should be worn. In addition, wear other appropriate protective equipment as conditions warrant (see Section 8).

Isolate immediate hazard area and keep unauthorized personnel out. Stop spill/release if it can be done with minimal risk. Move undamaged containers from immediate hazard area if it can be done with minimal risk.

Water spray may be useful in minimizing or dispersing vapors and to protect personnel. Cool equipment exposed to fire with water, if it can be done with minimal risk. Avoid spreading burning liquid with water used for cooling purposes.

**See Section 9 for Flammable Properties including Flash Point and Flammable (Explosive) Limits**

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions:** This material may burn, but will not ignite readily. Keep all sources of ignition away from spill/release.

**Spill precautions:** Stay upwind and away from spill/release. Notify persons down wind of the spill/release, isolate immediate hazard area and keep unauthorized personnel out. Stop spill/release if it can be done with minimal risk. Wear appropriate protective equipment, including respiratory protection, as conditions warrant (see Section 8).

**Environmental precautions:** Prevent spilled material from entering sewers, storm drains, other unauthorized drainage systems, and natural waterways. Dike far ahead of spill for later recovery or disposal. Spilled material may be absorbed into an appropriate absorbent material.

**Methods for cleaning up:** Immediate cleanup of any spill is recommended. Notify fire authorities and appropriate federal, state, and local agencies. If spill of any amount is made into or upon navigable waters, the contiguous zone, or adjoining shorelines, notify the National Response Center (phone number 800-424-8802).

## 7. HANDLING AND STORAGE

776507 - Penreco® Drakeol® Mineral Oil - USP Grades
Date of Issue: 12-Jul-2007

Page 3/6
Status: Final

## 7. HANDLING AND STORAGE

**Handling:** Do not enter confined spaces such as tanks or pits without following proper entry procedures such as ASTM D-4276 and 29CFR 1910.146. Do not wear contaminated clothing or shoes. Use good personal hygiene practices.

"Empty" containers retain residue and may be dangerous. Do not pressurize, cut, weld, braze, solder, drill, grind, or expose such containers to heat, flame, sparks, or other sources of ignition. They may explode and cause injury or death. "Empty" drums should be completely drained, properly bunged, and promptly shipped to the supplier or a drum reconditioner. All containers should be disposed of in an environmentally safe manner and in accordance with governmental regulations. Before working on or in tanks which contain or have contained this material, refer to OSHA regulations, ANSI Z49.1, and other references pertaining to cleaning, repairing, welding, or other contemplated operations.

**Storage:** Keep container(s) tightly closed. Use and store this material in cool, dry, well-ventilated areas away from heat and all sources of ignition. Store only in approved containers. Keep away from any incompatible material (see Section 10). Protect container(s) against physical damage.

## 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

| Component | ACGIH | OSHA | Other |
|---|---|---|---|
| White Mineral Oil | TWA: 5 mg/m³ STEL: 10 mg/m³ As Oil Mist, If Generated | TWA: 5 mg/m³ As Oil Mist, If Generated | --- |

**Note:** State, local or other agencies or advisory groups may have established more stringent limits. Consult an industrial hygienist or similar professional, or your local agencies, for further information.

**Engineering controls:** If current ventilation practices are not adequate to maintain airborne concentrations below the established exposure limits additional engineering controls may be required.

**Personal Protective Equipment (PPE):**

**Eye/Face:** While contact with this material is not expected to cause irritation, the use of approved eye protection to safeguard against potential eye contact is considered good practice.

**Skin:** Not required based on the hazards of the material. However, it is considered good practice to wear gloves when handling chemicals.

**Respiratory:** A NIOSH certified air purifying respirator with an organic vapor cartridge in combination with a Type 95 (R or P) particulate filter may be used under conditions where airborne concentrations are expected to exceed exposure limits.

Protection provided by air purifying respirators is limited (see manufacturer's respirator selection guide). Use a positive pressure air supplied respirator if there is potential for an uncontrolled release, exposure levels are not known, or any other circumstances where air purifying respirators may not provide adequate protection.

A respiratory protection program that meets OSHA's 29 CFR 1910.134 and ANSI Z88.2 requirements must be followed whenever workplace conditions warrant a respirator's use.

**Other Protective Equipment:** A source of clean water should be available in the work area for flushing eyes and skin. Impervious clothing should be worn as needed.

Suggestions for the use of specific protective materials are based on readily available published data. Users should check with specific manufacturers to confirm the performance of their products.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**Note:** Unless otherwise stated, values are determined at 20°C (68°F) and 760 mm Hg (1 atm).
Data represent typical values and are not intended to be specifications.

| | |
|---|---|
| Appearance: | Transparent / water white |
| Physical Form: | Liquid |
| Odor: | Odorless |
| Odor Threshold: | No data |
| pH: | Not applicable |
| Vapor Pressure: | <0.1mm Hg |

Case 2:08-cv-05023-CBA-DRM Document 266 Filed 03/30/04/12/09 3 Page 38 Page ID #: 5513

| | |
|---|---|
| **Vapor Density (air=1):** | >1 |
| **Boiling Point/Range:** | >580°F / >304°C |
| **Melting/Freezing Point:** | No data |
| **Pour Point:** | 10°F / -12°C |
| **Solubility in Water:** | Insoluble |
| **Solubility in Other Solvents:** | Soluble in hydrocarbons |
| **Partition Coefficient (n-octanol/water) (Kow):** | No data |
| **Specific Gravity:** | 0.85-0.88 @ 60/60°F (15.6°C) |
| **Evaporation Rate (nBuAc=1):** | No data |
| **Flash Point:** | >380°F / >193°C |
| **Test Method:** | Cleveland Open Cup (COC), ASTM D92 |
| **LEL (vol % in air):** | No data |
| **UEL (vol % in air):** | No data |
| **Autoignition Temperature:** | No data |

## 10. STABILITY AND REACTIVITY

**Stability:** Stable under normal ambient and anticipated storage and handling conditions of temperature and pressure.

**Conditions to Avoid:** Avoid all possible sources of ignition (see Sections 5 and 7).

**Materials to Avoid (Incompatible Materials):** Avoid contact with strong oxidizing agents.

**Hazardous Decomposition Products:** Combustion can yield carbon dioxide, carbon monoxide and other oxides.

**Hazardous Polymerization:** Will not occur.

## 11. TOXICOLOGICAL INFORMATION

**Acute Data:**

| Component | Oral LD50 | Dermal LD50 | Inhalation LC50 |
|---|---|---|---|
| White Mineral Oil | >5 g/kg (rat) | >2 g/kg | >5 mg/l (rat) |

## 12. ECOLOGICAL INFORMATION

Not evaluated.

## 13. DISPOSAL CONSIDERATIONS

The generator of a waste is always responsible for making proper hazardous waste determinations and needs to consider state and local requirements in addition to federal regulations.

This material, if discarded as produced, would not be a federally regulated RCRA "listed" hazardous waste and is not believed to exhibit characteristics of hazardous waste. See Sections 7 and 8 for information on handling, storage and personal protection and Section 9 for physical/chemical properties. It is possible that the material as produced contains constituents which are not required to be listed in the MSDS but could affect the hazardous waste determination. Additionally, use which results in chemical or physical change of this material could subject it to regulation as a hazardous waste.

Container contents should be completely used and containers should be emptied prior to discard.

## 14. TRANSPORTATION INFORMATION

**U.S. Department of Transportation (DOT)**

| | |
|---|---|
| **Shipping Description:** | Not regulated |
| **Note:** | If shipped by land in a packaging having a capacity of 3,500 gallons or more, the provisions of 49 CFR, Part 130 apply. (Contains oil) |

Case 2:08-cv-05023-CBA-MBA Document 266 Filed 03/30/04/09 39 Page 39 Page ID #: 5514

## 14. TRANSPORTATION INFORMATION

**International Maritime Dangerous Goods (IMDG)**
Shipping Description:                    Not regulated

**International Civil Aviation Org. / International Air Transport Assoc. (ICAO/IATA)**
UN/ID #:                    Not regulated

|  | LTD. QTY | Passenger Aircraft | Cargo Aircraft Only |
|---|---|---|---|
| Packaging Instruction #: | --- | --- | --- |
| Max. Net Qty. Per Package: | --- | --- | --- |

## 15. REGULATORY INFORMATION

**CERCLA/SARA - Section 302 Extremely Hazardous Substances and TPQs (in pounds):**
This material does not contain any chemicals subject to the reporting requirements of SARA 302 and 40 CFR 372.

**CERCLA/SARA - Section 311/312 (Title III Hazard Categories)**

| | |
|---|---|
| Acute Health: | No |
| Chronic Health: | No |
| Fire Hazard: | No |
| Pressure Hazard: | No |
| Reactive Hazard: | No |

**CERCLA/SARA - Section 313 and 40 CFR 372:**
This material does not contain any chemicals subject to the reporting requirements of SARA 313 and 40 CFR 372.

**EPA (CERCLA) Reportable Quantity (in pounds):**
This material does not contain any chemicals with CERCLA Reportable Quantities.

**California Proposition 65:**
This material does not contain any chemicals which are known to the State of California to cause cancer, birth defects or other reproductive harm at concentrations that trigger the warning requirements of California Proposition 65.

**Canadian Regulations:**
This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations (CPR) and the MSDS contains all the information required by the CPR.

WHMIS Hazard Class
None

**National Chemical Inventories:**

| Component | AICS | DSL | NDSL | CHINA | ELINCS | EINECS | ENCS | KOREA | PICCS | TSCA |
|---|---|---|---|---|---|---|---|---|---|---|
| White Mineral Oil 8042-47-5 | X | X | | X | | X | X | X | X | X |

**Legend:** AICS - Australia Inventory of Chemical Substances, DSL - Domestic Substances List (Canada), NDSL - Non-Domestic Substances List (Canada), CHINA - Inventory List, ELINCS - EU List of Notified Chemical Substances, EINECS - European Inventory of Existing Commercial Chemical Substances, ENCS - Japan Existing and New Chemical Substances, KOREA - Existing and Evaluated Chemical Substances, PICCS - Philippines Inventory of Chemicals and Chemical Substances, TSCA - United States Section 8(b) Inventory

**U.S. Export Control Classification Number:** EAR99

## 16. OTHER INFORMATION

| | |
|---|---|
| Issue Date: | 12-Jul-2007 |
| Status: | Final |
| Previous Issue Date: | 01-Nov-2006 |
| Revised Sections or Basis for Revision: | Format change |

776507 – Penreco® Drakeol® Mineral Oil – USP Grades
Date of Issue: 12-Jul-2007

Page 6/6
Status: Final

## 16. OTHER INFORMATION

**MSDS Code:**                                       776507

**MSDS Legend:**
ACGIH = American Conference of Governmental Industrial Hygienists; CAS = Chemical Abstracts Service Registry; CEILING = Ceiling Limit (15 minutes); CERCLA = The Comprehensive Environmental Response, Compensation, and Liability Act; EPA = Environmental Protection Agency; IARC = International Agency for Research on Cancer; LEL = Lower Explosive Limit; NE = Not Established; NFPA = National Fire Protection Association; NTP = National Toxicology Program; OSHA = Occupational Safety and Health Administration; PEL = Permissible Exposure Limit (OSHA); SARA = Superfund Amendments and Reauthorization Act; STEL = Short Term Exposure Limit (15 minutes); TLV = Threshold Limit Value (ACGIH); TWA = Time Weighted Average (8 hours); UEL = Upper Explosive Limit; WHMIS = Worker Hazardous Materials Information System (Canada)

**Disclaimer of Expressed and implied Warranties:**
The information presented in this Material Safety Data Sheet is based on data believed to be accurate as of the date this Material Safety Data Sheet was prepared. HOWEVER, NO WARRANTY OF MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE, OR ANY OTHER WARRANTY IS EXPRESSED OR IS TO BE IMPLIED REGARDING THE ACCURACY OR COMPLETENESS OF THE INFORMATION PROVIDED ABOVE, THE RESULTS TO BE OBTAINED FROM THE USE OF THIS INFORMATION OR THE PRODUCT, THE SAFETY OF THIS PRODUCT, OR THE HAZARDS RELATED TO ITS USE. No responsibility is assumed for any damage or injury resulting from abnormal use or from any failure to adhere to recommended practices. The information provided above, and the product, are furnished on the condition that the person receiving them shall make their own determination as to the suitability of the product for their particular purpose and on the condition that they assume the risk of their use. In addition, no authorization is given nor implied to practice any patented invention without a license.

# EXHIBIT H

**REDACTED**

**REDACTED**

**REDACTED**

REDACTED

**REDACTED**

**REDACTED**