**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**NYCOMED US INC.,**

                          Plaintiff,                        **ORDER**

    -against-

                                                  **08-CV-5023 (CBA)(RLM)**

**GLENMARK GENERICS LTD., et al.,**

                          **Defendants.**
-------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       In response to Glenmark's motion of March 26, 2010, the Court has reconsidered its Memorandum and Order dated March 25, 2010.  It was not the Court's intention to require Glenmark to conduct an ESI search that had been previously performed.  The Court directed Glenmark to conduct an ESI search of the Baddi facility email server because it appeared from the declarations of Mahendra Sekharan, the person who purportedly had personal knowledge of the scope of Glenmark's prior ESI searches, that the Baddi email server was not included in the prior searches.  If the Baddi email server was in fact searched, then Glenmark should, by April 5, 2010, submit a sworn statement from Mr. Sekharan or some other person with personal knowledge attesting to that fact and detailing the nature and scope of that search; in addition, Mr. Sekharan should explain why that information was omitted from his prior declarations.  The Court will not accept statements made on information and belief, such as those proffered through Dr. Soni.

       Nycomed's opposition to Glenmark's motion for reconsideration includes various arguments generally attacking the adequacy of Glenmark's ESI searches.  These arguments

have been repeated ad nauseum and are not responsive to the motion for reconsideration. If Nycomed persists in filing repetitious and unresponsive arguments, the Court will be constrained to strike its submissions.

        **SO ORDERED**

**Dated:**       **Brooklyn, New York**
               **March 31, 2010**

                                      **ROANNE L. MANN**
                                      **UNITED STATES MAGISTRATE JUDGE**