UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NYCOMED US INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-5023 (CBA,RLM) |
| ) | |
| GLENMARK GENERICS LTD., and ) | |
| GLENMARK GENERICS INC., USA ) | |
| ) | |
| Defendants. ) | |

## SECOND SUPPLEMENTAL DECLARATION OF
## MAHENDRA SEKHARAN
## CONCERNING GLENMARK'S E-DISCOVERY

I, Mahendra Sekharan, do hereby declare as follows:

1. I am the General Manager- IT of Glenmark Generics, Ltd., India working at the Mumbai HO since August 2008. I was responsible for overseeing and conducting Glenmark's search of its electronically stored information, otherwise known as ESI, in the above-captioned lawsuit between Nycomed US Inc. ("Nycomed") and Glenmark Generics Ltd. and Glenmark Generics Inc., USA (collectively "Glenmark").

2. As part of the searches of Glenmark's electronically stored information, ESI searches were conducted in April and July 2009 on the Microsoft Exchange server (email server) in Baddi.

3. As I described previously, we began our search process by first identifying custodians likely to have relevant information. We then searched Glenmark's Microsoft Exchange

servers, including the server in Baddi for emails in the mailboxes of each custodian. For those custodians located in Baddi who had laptops, their laptops were searched for emails.

4. As I described previously, we performed two searches of Glenmark's electronically stored information, one in April 2009 and one in July 2009. The exact search terms provided by Nycomed were used in the search in July 2009 to search the Baddi email server.

5. The Court has asked why information regarding the search of the Baddi email server was omitted from my previous declarations.

6. I did not purposefully omit the fact that the Baddi email server was searched from my previous declarations. It was not included because it was not relevant to the topics of my declarations.

7. I am also aware that Dr. Soni submitted declarations regarding Glenmark's searches. I had previously reviewed Dr. Soni's declarations and agreed with the statements he made in them with regard to Glenmark's searches, including the statement that the Microsoft Exchange server in Baddi was searched.

8. In my initial declarations, I was asked to address the investigation into Dr. Karwa's emails and to describe how the two searches of Glenmark's electronically stored information were conducted. The Baddi email server was not relevant to either of these topics.

9. In my supplemental declaration, the main question I was asked to address involved the timing and circumstances surrounding Glenmark's consolidation of its email servers. Because the Baddi email server was not consolidated, I did not discuss the Baddi email server other than to say that it had not been consolidated.

Subscribed and sworn under the pains and penalties of perjury this 1st day of April, 2010.

*[signature]*

Mahendra Sekharan