**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
**NYCOMED US, INC.,**

                              **Plaintiff,**                  **MEMORANDUM AND ORDER**

          **-against-**                                **08-CV-5023 (CBA)**

**GLENMARK GENERICS, INC., et al.,**

                              **Defendants.**
------------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      In light of the clarifying information contained in the Second Supplemental Declaration of Mahendra Sekharan, ECF Docket Entry ("D.E.") #268, the Court grants defendant Glenmark's March 26th motion for reconsideration (D.E. #264) of the Court's Memorandum and Order of March 25, 2010 (D.E. #262) to the following extent: The Court vacates as moot that portion of the March 25th Memorandum and Order that required Glenmark to conduct a search of the Baddi facility email server.

           **SO ORDERED.**

Dated:     **Brooklyn, New York**
               **April 5, 2010**

                                                      **ROANNE L. MANN**
                                                      **UNITED STATES MAGISTRATE JUDGE**