# KRAMER LEVIN NAFTALIS & FRANKEL LLP

DONALD L. RHOADS
PARTNER
PHONE 212-715-9207
FAX 212-715-8000
DRHOADS@KRAMERLEVIN.COM

April 6, 2010

**Via ECF**
The Honorable Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: *Nycomed US Inc. v. Glenmark Generics Ltd., and Glenmark Generics Inc., USA*, Civ. Action 08-5023 (CBA, RLM)

Dear Judge Mann:

Nycomed writes to request clarification of the schedule. Glenmark did not file its amendment to its Counterclaims on March 30, 2010, as ordered by the Court (DE 263). Glenmark filed an amendment last night (DE 271), but to our knowledge, Glenmark did not seek leave of Nycomed or the Court to file its amended pleadings late. The deadline to file such amended pleadings without leave was June 2, 2009 (DE 30). Because of this, we thought Glenmark was dropping the amendment. Therefore, Nycomed respectfully requests clarification as to whether Glenmark's amended pleadings are effective and whether Nycomed's objections to the Court's order on the issue of Glenmark's amended Counterclaims are moot and/or no longer due on Friday, April 9.

Respectfully submitted,
/s/Donald L. Rhoads
Donald L. Rhoads

cc: Brian Moriarty, Esq. (via ECF)
Bradley D. Simon, Esq. (via ECF)

*[Handwritten note:] Glenmark's amended pleading filed on 4/5/10 is effective. The 4/9/10 deadline for filing objections remains unchanged.*

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 4/7/10

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000   WWW.KRAMERLEVIN.COM
ALSO AT 47 AVENUE HOCHE   75008 PARIS FRANCE

KL3 2771557.1