UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
**NYCOMED US INC.,**

      **Plaintiff,**      **ORDER**

   -against-        08-CV-5023 (CBA)

**GLENMARK GENERICS LTD., et al.,**

      **Defendants.**
-------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

   Glenmark's response to this Court's Memorandum and Order of April 28, 2010, ECF Docket Entry ("D.E.") #295, highlights a factual dispute between the parties with regard to the timing and completeness of Glenmark's production of the PRACS clinical study reports. Nycomed asserts that the "[m]issing reports were produced on September 11, 2009, and not from any alleged first or second ESI search done in April or July." <u>See</u> Nycomed's Letter of February 17, 2010, at 1, D.E. #235.  Glenmark, by contrast, contends that "tens of thousands of pages of documents, including emails and clinical study reports, [were produced] in July 2009," including, on July 21, 2009, "documents regarding its clinical biostudies," and that Glenmark's September 11, 2009 production included only "4 [documents] related to Glenmark's clinical studies, including three exact duplicates of documents that had already been provided to Nycomed by PRACS." <u>See</u> Glenmark's Letter of May 3, 2010, at 2, D.E. #299.  Despite the Court's Order of April 28, 2010, which required that Glenmark's response be provided "in the form of sworn statements from persons with personal knowledge," Order of April 28, 2010, at 2, D.E. #295, the aforesaid factual assertions are contained in defense counsel's unsworn letter.

   In order to clarify when and to what extent the clinical study documents were produced to

Nycomed, both sides shall file by May 6, 2010, sworn statements from individuals with personal knowledge specifying the dates on which Glenmark produced its clinical study reports and the corresponding Bates number ranges for each document production.

Attorneys with personal knowledge are not exempt from the requirement to provide sworn statements.  Unsworn letters from attorneys will be stricken.

       **SO ORDERED.**

**Dated:**    Brooklyn, New York
            May 3, 2010

                                    **ROANNE L. MANN**
                                    **UNITED STATES MAGISTRATE JUDGE**