```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NYCOMED US INC.,

                        Plaintiff,              MEMORANDUM AND ORDER

          -against-                              08-CV-5023 (CBA)

GLENMARK GENERICS LTD., et al.,

                        Defendants.
-----------------------------------------------------------x
```

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

In a letter dated June 18, 2010, Nycomed seeks clarification regarding this Court's Memorandum and Order of June 11, 2010, D.E. #345.  See Letter to the Court from Donald L. Rhoads (June 18, 2010), D.E. #348.  Specifically, Nycomed (1) "request[s] clarification as to whether the [June 11th] Order marks the resolution of all of the outstanding issues concerning Glenmark's ESI/paper search, collection and production"; and (2) raises concerns about the completeness of Nycomed's *Markman* submissions, if, after those submissions are filed, Judge Amon reverses this Court's ruling denying Nycomed's request to conduct Rule 30(B)(6) depositions relating to claim construction.  See id. at 1.

In response to Nycomed's first request for clarification, the Court notes that it has not yet resolved what, if any, sanctions to impose in connection with Glenmark's discovery derelictions. The Court declines to delay claim construction pending resolution of that issue (and/or Nycomed's concern regarding "several missing PRACS documents," see id.).

Nycomed also proposes that it be permitted to supplement its *Markman* briefs "if the [Rule 30(b)(6)] depositions are indeed granted in some form." Id. That issue is not ripe for resolution, as Judge Amon has not yet ruled on Nycomed's pending objections.

**SO ORDERED.**

**Dated:** **Brooklyn, New York**
**June 23, 2010**

**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**