**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                         :
NYCOMED US INC.,                                         :
                                                         :
                Plaintiff,      :   2:08-cv-05023 (CBA) (RLM)
                                                         :
      - against -                                     :   **NOTICE OF APPEARANCE**
                                                         :
GLENMARK GENERICS LTD., and                              :
GLENMARK GENERICS INC. USA,                              :
                                                         :
                Defendants.     :
                                                         :   ECF CASE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                                         x

      PLEASE TAKE NOTICE that Jeffrey B. Elikan, an attorney duly admitted to practice before this Court and partner of Covington & Burling LLP, hereby appears as counsel on behalf of Plaintiff Nycomed US Inc. in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

                Jeffrey B. Elikan
                Covington & Burling LLP
                1201 Pennsylvania Avenue, NW
                Washington, DC 20004
                Tel.: (202) 662-5597
                Fax: (202) 778-5597
                email: jelikan@cov.com

| | |
|---|---|
| Dated: Washington, DC<br>February 3, 2011 | COVINGTON & BURLING LLP<br><br>By: <u>s/Jeffrey B. Elikan</u><br>　　Jeffrey B. Elikan<br>　　Covington & Burling LLP<br>　　1201 Pennsylvania Avenue, NW<br>　　Washington, DC 20004<br>　　Tel.: (202) 662-5597<br>　　Fax: (202) 778-5597<br>　　email: jelikan@cov.com<br><br>*Attorneys for Plaintiff Nycomed US Inc.* |