

Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road P.O. Box 9133
Concord, MA 01742-9133

T 978.341.0036
F 978.341.0136
www.hbsr.com

**Brian T. Moriarty**
Brian.Moriarty@hbsr.com
978.341.0036 x3460

February 23, 2011

*<u>VIA ECF</u>*

The Honorable Roanne L. Mann
United States District Court for
 the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:     *Nycomed US Inc. v. Glenmark Generics LTD., et al.*
          <u>Civil Action No. 2:08-cv-05023-CBA-RLM          </u>

Dear Judge Mann:

We represent the defendants Glenmark Generics Ltd. and Glenmark Generics Inc., USA in the above-referenced action and write to request that the telephone conference scheduled (D.I. 420) for Friday, February 25, 2011 at 9:15am be adjourned to another date, preferably on Monday, February 28, 2011.

I have a scheduling conflict on February 25, 2011 and likely will not be in my office on that date.

We have conferred with counsel for Nycomed and they have no objection to moving the conference to February 28, 2011.

We have not previously requested an adjournment of this date.

Very truly yours,


/s/ Brian T. Moriarty


Brian T. Moriarty

cc:     Jeffery B. Elikan, Esq. (*via ECF*)


1062745_1