

Hamilton, Brook, Smith & Reynolds, P.C.  
530 Virginia Road P.O. Box 9133  
Concord, MA 01742-9133

T 978.341.0036  
F 978.341.0136  
www.hbsr.com

**Brian T. Moriarty**  
Brian.Moriarty@hbsr.com  
978.341.0036 x3460

February 23, 2011

**VIA ECF**

The Honorable Roanne L. Mann  
United States District Court for  
the Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: *Nycomed US Inc. v. Glenmark Generics LTD., et al.*  
Civil Action No. 2:08-cv-05023-CBA-RLM

Dear Judge Mann:

We represent the defendants Glenmark Generics Ltd. and Glenmark Generics Inc., USA in the above-referenced action and write to request that the telephone conference scheduled (D.I. 420) for Friday, February 25, 2011 at 9:15am be adjourned to another date, preferably on Monday, February 28, 2011.

I have a scheduling conflict on February 25, 2011 and likely will not be in my office on that date.

We have conferred with counsel for Nycomed and they have no objection to moving the conference to February 28, 2011.

We have not previously requested an adjournment of this date.

Very truly yours,

/s/ Brian T. Moriarty

Brian T. Moriarty

cc: Jeffery B. Elikan, Esq. (*via ECF*)

1062745_1

*Application granted, on consent. Friday's telephone conference is adjourned to February 28, 2011, at 4:45 p.m.*

SO ORDERED  
/s/  
Roanne L. Mann  
U.S. Magistrate Judge  
Dated: 2/23/11